UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| HOUSE OF RAEFORD FARMS OF LOUISIANA, LLC | CIVIL ACTION NO. 19-cv-0271 |
| VERSUS | JUDGE FOOTE |
| LANCE POOLE, ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

House of Raeford Farms filed this civil action against Lance Poole and Group 7792, Inc. Attorney Scott Wolf, on behalf of both defendants, filed a notice of removal and an answer to the petition. Attorney Wolf later filed a motion to withdraw (Doc. 15) that included documentation that he had provided his clients with a copy of the scheduling order and recommended they retain new counsel.

The court issued an order (Doc. 16) that granted the motion to withdraw. Group 7792, Inc. was advised that it may not represent itself and had to appear through an attorney admitted to practice before this court. The corporation was allowed until September 16, 2019 to enroll new counsel. Mr. Poole was strongly encouraged to retain new counsel and granted until September 16, 2019 to either (1) enroll new counsel or (2) file a written statement that he intends to represent himself. Both defendants were warned that failure to take action in accordance with the order could result in their answer being stricken and a default judgment being entered against them. The Clerk of Court mailed a copy of the order to the defendants at the address provided by former counsel, and there is no indication that that mail was returned.

The September 16, 2019 deadline has passed, and neither defendant has filed anything in response to the court's order. Accordingly, the Clerk of Court is directed to **strike the answer (Doc. 10)** filed by Group 7792, Inc. and Lance Poole and **enter a default** against each of them.

House of Raeford Farms will then be allowed until **November 22, 2019** to file a **motion for default judgment**. The motion must be accompanied by affidavits, documentation or other evidence sufficient to prove the liability of the defendants and the amount of damages suffered. The motion shall be supported by a memorandum that explains the legal basis for liability and damages, and that states whether an evidentiary hearing is necessary under the rules explained in <u>Leedo Cabinetry v. James Sales & Distribution, Inc.</u>, 157 F.3d 410, 414 (5th Cir. 1998). The motion must be accompanied by a proposed judgment that would grant the specific relief Raeford seeks. If Raeford fails to take the steps required by this order, the complaint may be dismissed for failure to prosecute.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 20th day of September, 2019.

_____
Mark L. Hornsby
U.S. Magistrate Judge